UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GILBERTO FRAGOSO BANOS, et al.,              :

                            Plaintiffs,      :

                                                          ORDER OF DISCONTINUANCE
        -v.-                                 :
                                                          18 Civ. 2815 (GWG)
34th STREET DINER, INC. et al.,              :

                            Defendants.      :
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        This case contains claims under the Fair Labor Standards Act.  On May 22, 2020, an
order was issued on the parties' consent agreeing to disposition of this matter by the undersigned
pursuant to 28 U.S.C. § 636(c).  In a filing dated May 19, 2020 (Docket # 43), the parties have
submitted their proposed settlement agreement.  Having reviewed the proposed settlement
pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), the Court
finds that it is fair and reasonable.  The settlement is approved.

        Accordingly, this action is dismissed with prejudice and without costs except as may be
stated in the settlement agreement.  The Court will retain jurisdiction to enforce the settlement
agreement.

        Any pending motions are moot.  The Clerk is requested to close the case.

        SO ORDERED.

Dated: May 26, 2020
       New York, New York


                                                          GABRIEL W. GORENSTEIN
                                                          United States Magistrate Judge